■ ERIE COUNTY BOARD OF SOCIAL WELFARE, Respondent, v. LOUIS C. NIRO, JR., Appellant.— Motion granted and order entered March 30, 1961, vacated, on condition records and briefs are filed and served on or before April

17, 1961. Respondent's brief must be filed on or before April 27, 1961, if appeal is to be argued at May 1961 Term.